IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ETTI BEN-ISSASCHAR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ELI AMERICAN FRIENDS OF THE ISRAEL ASSOCIATION FOR CHILD PROTECTION, INC., et al. | : | NO. 15-6441 |

## ORDER

AND NOW, this 7th day of January, 2016, upon consideration of plaintiff's motion to proceed *in forma pauperis* and her *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED in accordance with the Court's memorandum. Plaintiff may not file an amended complaint.

3. The Court certifies that any appeal from this order would not be taken in good faith. *See* Fed. R. App. P. 24(a)(3).

4. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
C. DARNELL JONES, II, J.